# TEXAS COURT OF APPEALS, THIRD DISTRICT, AT AUSTIN

## NO. 03-13-00264-CV

**Trinity Hardwood Distributors, Inc., Appellant**

**v.**

**J.T. Shannon Lumber Company d/b/a Shamrock Plank Flooring, Appellee**

**FROM THE DISTRICT COURT OF TRAVIS COUNTY, 200TH JUDICIAL DISTRICT
NO. D-1-GN-12-003391, HONORABLE GISELA D. TRIANA, JUDGE PRESIDING**

## M E M O R A N D U M   O P I N I O N

Appellant has filed an unopposed motion to dismiss its appeal, explaining that it has settled its dispute with appellee. We grant the motion and dismiss the appeal. *See* Tex. R. App. P. 42.1(a).

_____

David Puryear, Justice

Before Justices Puryear, Rose and Goodwin

Dismissed on Appellant's Motion

Filed: July 11, 2013